IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DRAKE EDWARDS, :

    Plaintiff,

v. : Case No. 3:16-cv-18

TOWNE PROPERTIES, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3); DISMISSING PLAINTIFF'S 42 U.S.C. § 1983 CLAIMS WITH PREJUDICE

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his February 17, 2016, Report and Recommendations, Doc. #3, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing and DISMISSES *pro se* Plaintiff's 42 U.S.C. § 1983 claims WITH PREJUDICE.[1] All other claims asserted by Plaintiff remain pending.

---

[1] Although Plaintiff was given notice of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

2

Date: March 8, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE