UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS,

    Plaintiff,

vs.

TOWNE PROPERTIES,

    Defendant.

Case No. 3:16-cv-18

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER TO SHOW CAUSE

This case is presently before the Court following Judge Rice's March 9, 2016 Order dismissing *pro se* Plaintiff's 42 U.S.C. § 1983 claims with prejudice. Docs. 3, 5. Judge Rice's Order was mailed to Plaintiff at his address of record, *i.e.*, 111 Grafton Avenue, Apartment 501, Dayton, Ohio 45406. *See* doc. 5. The undersigned subsequently ordered the parties to confer and file a Rule 26(f) report on or before April 26, 2016. *See* Notation Order dated April 4, 2016. The April 4, 2016 Notation Order was also mailed to Plaintiff at his address of record. *See id.* However, both mailings were returned to the Clerk as undeliverable on May 10, 2016. Docs. 9, 10. The envelopes were stamped "Return to Sender, Not Deliverable as Addressed, Unable to Forward." *Id.* Plaintiff has failed to provide the Court with his current address.

Plaintiff is therefore **ORDERED TO SHOW CAUSE**, in writing, on or before **JUNE 6, 2016**, why this case should not be dismissed for his failure to prosecute. *See Barber v. Runyon*, No. 93–6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) (explaining that a *pro se* litigant has a duty to supply the court with notice of any and all changes in his address); *see also White v. City of Grand Rapids,* 34 F. App'x 210, 211 (6th Cir. 2002) (affirming dismissal of a *pro se* complaint for want of prosecution because the plaintiff failed to keep the Court apprised of his

current address).  Plaintiff is **ADVISED** that his failure to show good cause, in writing, on or before **JUNE 6, 2016**, may result in the dismissal of this case.

    **IT IS SO ORDERED.**

Date:  May 25, 2016                              *s/ Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States Magistrate Judge