IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DRAKE A. EDWARDS, :

    Plaintiff,

v. : Case No. 3:16-cv-18

TOWNE PROPERTIES, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13); DISMISSING COMPLAINT (DOC. #2) WITH PREJUDICE FOR FAILURE TO PROSECUTE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his June 23, 2016, Report and Recommendations, Doc. #13, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. The copy of the Report and Recommendations mailed to Plaintiff was returned to the Court as undeliverable, as were all other documents mailed to him since March of 2016. *See* Doc. ##10, 12, 14.

Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's Complaint, Doc. #2, is DISMISSED WITH PREJUDICE for failure to prosecute. Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: July 11, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE